AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
| v. | ) |
| Corando Mario LOZANO; YOB: 1999 (USA) | ) Case No. M-21-0117-M |
| | ) |
| | ) United States Courts |
| | ) Southern District of Texas |
| | ) FILED |
| Defendant(s) | ) January 15, 2021 |

## CRIMINAL COMPLAINT

Nathan Ochsner, Clerk of Court

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 14, 2021__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841<br>21 USC 846 | Conspiracy to Possess with the Intent to Distribute and Possession with the Intent to Distribute Cocaine, approximately 32.5 kilograms, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1. and probable cause:

☑ Continued on the attached sheet.

Reviewed by AUSA Patricia Profit

/S/ Danielle Martin
*Complainant's signature*

Danielle Martin, DEA Special Agent
*Printed name and title*

Date: 1/15/21 – 4:01p.m.

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT 1

1. On January 14, 2021, United States Border Patrol (USBP) agents were conducting surveillance in a community known as "El Refugio" in Rio Grande City, Texas. At approximately 2:30 p.m., a USBP camera operator observed several unknown individuals emerge from the Rio Grande River carrying what appeared to be bundles of suspected narcotics near KCTM FM 103 Road in "El Refugio". Shortly after, the unknown individuals were observed loading the suspected narcotics into a black pickup truck.
2. Agents subsequently responded to the area in attempt to interdict the suspected narcotics smuggling attempt. A USBP agent maintained surveillance of the black pickup truck via USBP cameras and relayed the vehicle's location to other agents in the area.
3. Shortly after, a USBP agent located the vehicle near KCTM FM 103 Road, activated their emergency equipment, and attempted to conduct a traffic stop of the black Chevrolet Silverado. The driver of the vehicle failed to yield to law enforcement, abruptly turned eastbound, and continued at a high rate of speed. Agents maintained surveillance of the vehicle via USBP cameras and continued to pursue the vehicle.
4. As the black Chevrolet Silverado approached the intersection of U.S. Highway 83 and Embassy Road and attempted to make a turn, the driver lost control and overturned the vehicle after striking a light pole. Additional agents arrived at the scene and extracted the driver from the vehicle, later identified as Corando Mario LOZANO (hereafter, LOZANO). A search of the black Chevrolet Silverado revealed twenty-five (25) bundles of suspected narcotics wrapped in black tape. LOZANO was placed under arrest at that time.
5. In a post-arrest Mirandized interview, LOZANO stated that he was going to be paid $1,700.00 to transport the narcotics from near the Rio Grande River to an unknown location. LOZANO stated that on the day of his arrest, he drove towards the Rio Grande River and met with several individuals who loaded the narcotics into LOZANO's vehicle. LOZANO further stated that he knew he would be transporting illegal drugs prior to receiving the packages that day.
6. At the USBP Rio Grande City station, agents processed the twenty-five (25) bundles of suspected narcotics, which weighed approximately 32.5 kilograms and field tested positive for characteristics of cocaine.